UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:19-cr-383-TWP-TAB |
| ) | |
| LOGAN MANN, ) | - 01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On March 15, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on September 12, 2022 and February 15, 2023. Defendant appeared in person with his appointed counsel Joe Cleary. The government appeared by Samantha Spiro, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Ariene Boren .

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation numbers 1, and 4. [Docket No. 49 and 61.]   Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state or local crime."** |
| | On September 1, 2022, a warrant was issued out of Brown County, Indiana, for Logan Mann for charges of Resisting Law Enforcement, felony, and Reckless Driving, misdemeanor, under cause number 07C01-2208-F6-000284. This warrant was served and is no longer active. The next court date has not been set. |
| 4. | **"You shall refrain from any unlawful use of a controlled substance."** |
| | On February 2, 2023, Logan Mann submitted a urine sample which tested positive for amphetamines. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of 10 months with credit of time served from September 15, 2022 – December 5, 2022 and no supervision to follow. Defendant requested placement at FCI, Milan, Michigan.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 10 months with no supervised release to follow

and credit of time served from September 15, 2022 – December 5, 2022.  The Magistrate Judge will make a recommendation of placement at FCI, Milan, Michigan.  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

    The parties waived the fourteen-day period to object to the Report and Recommendation.


Date: 3/16/2023

                                                        Mario Garcia
                                                        United States Magistrate Judge
                                                        Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system